UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-cr-00036 |
| | ) | JUDGE HAYNES |
| JAMES J. LANG | ) | |
| | ) | |

MOTION TO SET CASE FOR SENTENCING

The United States of America, by and through the Assistant United States Attorney below, hereby requests that this Court set the above styled case for a sentencing hearing. Subject to the convenience of the Court, the parties are available on the following dates: August 24, 2012; and August 31, 2012.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue, South, Suite A-961
Nashville, Tennessee 37203
Telephone: (615) 736-5151

The motion is GRANTED. The hearing is set for August 31, 2012 at 4:00 pm
USDJ
7-24-12

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been provided by electronic filing to Peter Strianse, on this the 23rd day of July, 2012..

s/ S. Carran Daughtrey
S. Carran Daughtrey