UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:09-00036 |
| | ) Judge Haynes |
| JAMES J. LANG | ) |

## MOTION TO REASSERT PENDING SENTENCING FILINGS

*[Handwritten annotation: Granted. This motion is granted. /s/ W.H. 9-5-12]*

COMES NOW the Defendant, **James J. Lang**, by and through his undersigned counsel, and hereby reasserts the following previously submitted sentencing filings in advance of his sentencing hearing set for Friday, September 7, 2012 at 3:00 p.m.:

1. *Character Letters on Behalf of James J. Lang* (Docket Entry 65, filed 12/28/10) consisting of 143 pages;

2. *Additional Character Letters on Behalf of James J. Lang* (Docket Entry 71, filed 7/22/11) consisting of 8 pages; and,

3. *Motion for a Mitigated Sentence and Variance below the Sentencing Guidelines* (Docket Entry 72, filed 7/22/11).

Respectfully submitted,

TUNE, ENTREKIN & WHITE, P.C.
Suite 1700, Regions Center
315 Deaderick Street
Nashville, Tennessee 37238
(615) 244-2770

S:/ Peter Strianse
PETER J. STRIANSE
Attorney for Defendant James J. Lang

1