IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA,  )
                                    )
       Plaintiff,  )
                                    )
v.  )      No.  3:09-0036
                                    )      Chief Judge Haynes
JAMES J. LANG,  )
                                    )
       Defendant.  )

## O R D E R

The sentencing hearing in this action is re-set for **Friday, October 26, 2012 at 4:00 p.m.**

It is so **ORDERED**.

**ENTERED** this the _/7TH_ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court