UNITED STATES OF AMERICA )
)
)
v. )       Case No. 3:09-00036
)       Chief Judge Haynes
)
JAMES J. LANG )

*Handwritten annotation:* ORDER
Given the numerous motions filed for continuance this motion is DENIED. Counsel shall secure a substitute counsel. [signature] USDJ 11-13-12

## MOTION FOR A BRIEF CONTINUANCE OF SENTENCING DATE

COMES NOW the Defendant, **James J. Lang**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an order continuing the sentencing hearing in the above-captioned case from Friday, November 16, 2012 at 10:00 a.m., to a later date convenient to the Court and counsel within the next two weeks or so. In support hereof, Defendant states as follows:

1.      On November 6, 2012, this Court entered an order continuing the sentencing hearing in this case to Friday, November 16, 2012 at 10:00 a.m. (Docket Entry 94).

2.      On October 19, 2012, U.S. District Judge R. Barclay Surrick, Eastern District of Pennsylvania, entered an Order setting a guilty plea and sentencing in *United States of America v. Bryant Phillips, EDPA Case Nos. 05-609 & 08-037* (murder for hire; felon in possession of firearm), for Friday, November 16, 2012 at 1:00 p.m. ET. Copies of the *EDPA Notices* are appended hereto as collective *Attachment 1*. The 10/19/12 setting of the Eastern District of Pennsylvania cases obviously conflicts with this Court's subsequent 11/6/12 Order resetting the *Lang* case. Undersigned counsel regrets this scheduling conflict and only requests a short continuance of the *Lang* sentencing.

3.      Assistant United States Attorney S. Carran Daughtrey has authorized undersigned